**Opinion issued August 10, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00035-CV

———————————

**MAX EDWARD GIBSON, Appellant**

**V.**

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellee**

---

**On Appeal from the 424th District Court**
**Burnet County, Texas[1]**
**Trial Court Case No. 34,767**

---

**MEMORANDUM OPINION**

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court. *See* Misc. Docket No. 22–9115 (Tex. Dec. 20, 2022); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases); TEX. R. APP. P. 41.3

Appellant, Max Edward Gibson, proceeding pro se, filed a notice of appeal from the trial court's September 8, 2022 order in this suit for modification of a support order. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The reporter's record was filed on March 2, 2023, and the clerk's record was filed on March 17, 2023. Accordingly, appellant's brief was due to be filed on or before April 17, 2023. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On May 2, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.